WACHTEL & MASYR, LLP
885 Second Avenue
New York, New York 10017
William B. Wachtel
Steven J. Cohen
(212) 909-9500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re REFCO, INC. SECURITIES LITIGATION : 07 MDL No. 1902 (JSR)

: ORAL ARGUMENT REQUESTED

---------------------------------------------------------------x
GEORGE L. MILLER, Chapter 7 Trustee
 For the Estate of Suffolk LLC,

        Plaintiff,

: Case No. 09-CIV-2866 (JSR)

    -against-

PF SALECO LLC, GRYPHON HOLDINGS II, LLP, GRYPHON HOLDINGS, L.P., SMS SECURITIES AG, BRUCE RAUNER, CHARLES DILL, DONALD ROSENFELD, MICHAEL DONAHUE, B. DOUGLAS MORRIS, JOHN S. WEHRLE, HF INVESTMENTS AG, and PF REPRESENTATIVE LLC,

        Defendants.
---------------------------------------------------------------x

: **NOTICE OF MOTION**

    PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of the Bank Defendants' Motion to Dismiss the Amended Complaint, dated April 19, 2010 and the Declaration of Ross E. Firsenbaum, dated April 16, 2010, and exhibits thereto, submitted by defendants Credit Suisse First Boston New Fund, Inc., Lab Morgan Corporation, and ML IBK Positions, Inc., which are incorporated by reference hereto, defendants PF Saleco LLC, Gryphon

Holdings II, LLP, Gryphon Holdings, L.P., Bruce Rauner, Charles Dill, Donald Rosenfeld, Michael Donahue, B. Douglas Morriss, John S. Wehrle and PF Representative LLC will move this Court before the Honorable Jed S. Rakoff, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an Order pursuant to Fed. R. Civ. 9(b) and 12(b)(6), dismissing the Amended Complaint with prejudice and for such other relief as the Court deems just and proper.

Dated: New York, New York
April 19, 2010

By: /s/ Steven J. Cohen
William B. Wachtel
Steven J. Cohen
885 Second Avenue
New York, New York 10017
(212) 909-9500

Attorneys for Defendants PF Saleco LLC, Gryphon Holdings II, LLP, Gryphon Holdings, L.P., Bruce Rauner, Charles Dill, Donald Rosenfeld, Michael Donahue, B. Douglas Morriss, John S. Wehrle and PF Representative LLC

To:   Dimitri L. Karapelou, Esq.
The Law Offices of Dimitri L. Karapelou, LLC
1600 Market Street, 25th Floor
Philadelphia, PA 19103
(215) 391-4312

Anthony M. Saccullo, Esq.
Ciardi Ciardi & Astin, P.C.
919 Market Street, Suite 700
Wilmington, DE 19801
(302) 658-1100

 Attorneys for Plaintiff George L. Miller
Chapter 7 Trustee for the Estate of Suffolk, LLC