IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 (JSR)<br><br>ECF FILED<br><br>ORAL ARGUMENT REQUESTED |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC,<br><br>Plaintiff,<br><br>v.<br><br>PF SALECO LLC, et al.,<br><br>Defendants. | Index No. 09 Civ. 2866 (JSR) |

**JOINDER IN LIMITED OBJECTION OF
CREDIT SUISSE FIRST BOSTON NEXT FUND, INC., LAB MORGAN
CORPORATION, AND ML IBK POSITIONS, INC.
TO THE REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON THE
MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants Calpurnia Capital Partners, LLC, and Milestone Venture Partners (each more appropriately known as Milestone Venture Partners LLC, collectively "Milestone") hereby join in the limited objection filed this day by CREDIT SUISSE FIRST BOSTON NEXT FUND, LAB MORGAN CORPORATION, and ML IBK POSITIONS, INC., (the "Bank Defendants"), to the report and recommendation of the special master on the motion to dismiss the amended complaint filed in the above referenced actions (the "Limited Objection").

**ARGUMENT**

To conserve attorneys' fees and to avoid burdening the Court with duplicative briefing, Milestone herein fully adopts and incorporates the Limited Objection.

## CONCLUSION

For the reasons stated in the Limited Objection this Court should grant defendant Milestone's Motion to Dismiss and dismiss the Trustee's Amended Complaint in its entirety and with prejudice on all grounds.

Dated: New York, New York
September 7, 2010

                                    DANIEL J. AARON, P.C.

                                    By: /s/ Daniel J. Aaron
                                    Daniel J. Aaron, Esq. (DA 0718)
                                    Attorney for the Defendants
                                    90 Park Avenue, Suite 701
                                    New York, New York 10016
                                    Tel. (212) 684-4466
                                    Fax (212) 684-5566
                                    daaron@earthlink.net

CERTIFICATE OF SERVICE

Daniel J. Aaron, an attorney duly admitted to this Court, certifies under penalty of perjury that on September 7, 2010, in addition to the service made via the Court's ECF System, I served a true and correct copy of the foregoing Limited Objection on the following via first class mail:

Dimitri L. Karapelou, Esq.
Ciardi, Ciardi & Astin, P.C.
Attorneys for Plaintiff
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA 19103

Executed on September 7, 2010

/s/ Daniel J. Aaron

Daniel J. Aaron