IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 (JSR) <br><br> ECF FILED <br><br> ORAL ARGUMENT REQUESTED |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC, <br><br> Plaintiff, <br><br> v. <br><br> PF SALECO LLC, et al., <br><br> Defendants. | Index No. 09 Civ. 2866 (JSR) [CONSOLIDATED] <br><br> [originally filed as Index No. 09 Civ. 2954 (JSR)] |

**JOINDER IN LIMITED OBJECTION BY GREENVIEW INVESTMENTS INC.**

Defendant Greenview Investments Inc. ("Greenview") hereby joins in the limited objection filed this day by defendants Credit Suisse First Boston Next Fund, Inc., Lab Morgan Corporation, and ML IBK Positions, Inc. (the "Bank Defendants") to the report and recommendation of Special Master Daniel J. Capra filed on August 26, 2010 on the motion to dismiss the Amended Complaint in the above captioned actions (the "Limited Objection"). Greenview herein fully adopts and incorporates the Limited Objection in its entirety.

For the reasons stated in the Limited Objection, this Court should dismiss the Trustee's Amended Complaint and with prejudice on all grounds.

Dated: New York, New York
September 7, 2010

                                MORVILLO, ABRAMOWITZ, GRAND, IASON,
                                ANELLO & BOHRER, P.C.


By: _____S/_____
    Lawrence Iason
    Stephen M. Juris
    David C. Austin

565 Fifth Avenue
New York, New York 10017
(212) 856-9600 (telephone)
(212) 856-9494 (facsimile)

*Attorneys for Defendant*
*Greenview Investments Inc.*

2