Keara A. Bergin (KB-0831)
Ariel P. Cannon (AC-5082)
Dewey Pegno & Kramarsky LLP
220 East 42nd Street
New York, NY 10017
(212) 943-9000
*Attorneys for Defendant David Brown*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 (JSR) |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC,<br><br>                    Plaintiff,<br><br>          -against-<br><br>PF SALECO LLC, et al.,<br><br>                    Defendants. | No. 09-CV-2866 (JSR)<br>No. 09-CV-2951 (JSR)<br><br>**JOINDER IN BANK DEFENDANTS' LIMITED OBJECTIONS** |

   Defendant David Brown hereby joins in the limited objection filed by Credit Suisse First Boston Next Fund, Lab Morgan Corporation, and ML IBK Positions, Inc. (the "Bank Defendants"), to the report and recommendation of the Special Master on the motion to dismiss the amended complaint filed in the above-referenced actions as though fully set forth herein.

For the reasons set forth in the Bank Defendants' objection, the Court should grant defendant Brown's motion to dismiss with prejudice on all grounds.

Dated: New York, New York
       September 7, 2010

        DEWEY PEGNO & KRAMARSKY LLP

        _____/s/_____
        Keara A. Bergin (KB-0831)
        Ariel P. Cannon (AC-5082)
        220 East 42nd Street
        New York, New York 10017
        (212) 943-9000
        (212) 943-4325 fax
        kbergin@dpklaw.com

        *Attorneys for Defendant David Brown*