## CERTIFICATE OF SERVICE

I, Ross E. Firsenbaum, an attorney, hereby certify that on Tuesday, September 7, 2010, I caused to be served by federal express a true and correct copy of the Limited Objection of Credit Suisse First Boston Next Fund, Inc., Lab Morgan Corporation, and ML IBK Positions, Inc. to the Report and Recommendation of the Special Master on the Motion to Dismiss the Amended Complaint; and Declaration of Ross E. Firsenbaum, dated September 7, 2010, and Exhibits A-F thereto, on the individuals shown below:

| | |
|---|---|
| Carl Singley, Esq.<br>CIARDI, CIARDI & ASTIN<br>One Commerce Square<br>2005 Market Street<br>Philadelphia, PA 19103<br>*Counsel for Plaintiff George L. Miller,* Chapter 7 Trustee for Suffolk, LLC | Dimitri L. Karapelou<br>LAW OFFICES OF DIMITRI L. KARAPELOU, LLC<br>1600 Market Street, 25th Floor<br>Philadelphia, PA 19103<br>*Counsel for Plaintiff George L. Miller,* Chapter 7 Trustee for Suffolk, LLC |
| Thomas J. Fleming<br>OLSHAN GUNDMAN FROME ROSENWEIG & WOLOSKY LLP<br>Park Avenue Tower<br>65 East 55th Street<br>New York, New York 10022<br>*Proposed Special Litigation Counsel to George L. Miller*, Chapter 7 Trustee of Suffolk LLC for all cases except Credit Suisse First Boston (09-cv-02885 JSR) and Steve Shulman (09-cv-02936 JSR) | |
| Dated:  September 7, 2010<br>New York, New York | /s/ Ross E. Firsenbaum<br>Ross E. Firsenbaum |