UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re REFCO, INC. SECURITIES LITIGATION | No. 07 MDL 1902 (JSR) |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC,<br><br>                              Plaintiff,<br><br>                    v.<br><br>PF SALECO LLC, et al.,<br><br>                              Defendants. | No. 09 Civ. 2866 (JSR) |
| GEORGE L. MILLER, Chapter 7 Trustee For The Estate Of Suffolk LLC,<br><br>                              Plaintiff,<br><br>                    v.<br><br>KINGDON ASSOCIATES, KINGDON PARTNERS, M. KINGDON OFFSHORE NV, KINGDON FAMILY PARTNERSHIP,<br><br>                              Defendants. | No. 09 Civ. 2919 (JSR) |

## KINGDON'S JOINDER IN THE LIMITED OBJECTION OF THE BANK DEFENDANTS TO THE REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON THE MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants Kingdon Associates, Kingdon Partners (which no longer exists and formally dissolved in 2006), M. Kingdon Offshore N.V. (now known as M. Kingdon Offshore Ltd.), and Kingdon Family Partnership, L.P. (collectively, "Kingdon") hereby join in the limited objection filed by Defendants Credit Suisse First Boston Next Fund, Lab Morgan Corporation, and ML IBK Positions, Inc. (the "Bank Defendants") to the

report and recommendation of the special master on the motion to dismiss the amended

complaint filed in the above referenced actions (the "Limited Objection").

      For the reasons stated in the Limited Objection, this Court should grant

Defendant Kingdon's Motion to Dismiss the Trustee's Amended Complaint in its entirety

and with prejudice on all grounds.


DATED:   New York, New York
           September 7, 2010

                SEWARD & KISSEL LLP


                By:      /s/ M. William Munno
                      M. William Munno
                      Mandy DeRoche

                      One Battery Park Plaza
                      New York, New York 10004

                      Telephone:  (212) 574-1200
                      Facsimile:  (212) 480-8421

                      *Attorneys for Defendants*
                      *Kingdon Associates, Kingdon Partners*
                      *(dissolved), M. Kingdon Offshore Ltd.,*
                      *and Kingdon Family Partnership L.P.*


To:  Dimitri L. Karapelou, Esq.
      Ciardi Ciardi & Astin, P.C.
      One Commerce Square, Suite 1930
      2005 Market Street
      Philadelphia, PA 19103

SK 48400 0159 1129341