UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 (JSR) |
| | ECF FILED |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC, | ORAL ARGUMENT REQUESTED |
| Plaintiff, | 09-cv-2866 (JSR) |
| -against- | |
| ALLENE CHUNG | 09-cv-2872 (JSR) |
| ANDRÉ PEROLD | 09-cv-2874 (JSR) |
| CHRISTOPHER SUAN | 09-cv-2882 (JSR) |
| CHRISTOPHER WELCH | 09-cv-2883 (JSR) |
| CONNIE HSU | 09-cv-2884 (JSR) |
| DAVID CODY | 09-cv-2887 (JSR) |
| THE SUAN FAMILY IRREVOCABLE CHILDREN'S TRUST | 09-cv-2888 (JSR) |
| ROBERT HILL | 09-cv-2930 (JSR) |
| RONALD FARMER | 09-cv-2933 (JSR) |
| STEPHEN FREIDHEIM | 09-cv-2935 (JSR) |
| Defendants. | |

**JOINDER IN LIMITED OBJECTION OF CREDIT SUISSE FIRST BOSTON NEXT FUND, LAB MORGAN CORPORATION, AND ML IBK POSITIONS, INC. TO THE REPORT AND RECOMMENDATION OF SPECIAL MASTER CAPRA ON THE MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants Allene Chung, André Perold, Christopher Suan, Christopher Welch, Connie Hsu, David Cody, the Suan Family Irrevocable Children's Trust, Robert Hill, Ronald Farmer, and Stephen Freidheim (collectively "Defendants") hereby join in the limited objection filed by Credit Suisse First Boston Next Fund, Lab Morgan Corporation, and ML IBK Positions, Inc. (the "Bank Defendants"), dated September 7, 2010, to the Report and Recommendation of Special

Master Capra on the Bank Defendants' Motion to Dismiss the Amended Complaint (the "Limited Objection").

To avoid burdening the Court with duplicative briefing and to conserve attorneys' fees, Defendants herein fully adopt and incorporate the Bank Defendants' Limited Objection. The arguments contained within the Bank Defendants' Limited Objection are fully applicable to Plaintiff's claims against Defendants and apply with equal force.

For the reasons stated in the Limited Objection this Court should grant Defendants' Motions to Dismiss the Amended Complaint and dismiss Plaintiff's Amended Complaint in its entirety on all grounds and with prejudice.

Dated:  New York, New York
        September 7, 2010

> Respectfully submitted,
>
> MARKOWITZ & CHATTORAJ LLP
>
> By: s/ Alon Markowitz
>       Alon Markowitz, Esq. (AM 0111)
>
> 10 E 40th Street
> 33rd Floor
> New York, NY 10016
> Tel: (212) 481-1220
> Fax: (212) 481-1221
> Email: amarkowitz@mclawllp.com
> *Attorneys for Defendants Allene Chung, André Perold, Christopher Suan, Christopher Welch, Connie Hsu, David Cody, the Suan Family Irrevocable Children's Trust, Robert Hill, Ronald Farmer, and Stephen Freidheim*