UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

In re REFCO, INC. SECURITIES                            07 MDL No. 1902 (JSR)
LITIGATION

-----------------------------------------------------------------------X

GEORGE L. MILLER, Chapter 7 Trustee for the Estate        09 Civ. 2866 (JSR)
of Suffolk LLC,

                            Plaintiff,        Originally Filed Under:
                                          09 Civ. 2886 (JSR)
      - against -        09 Civ. 2899 (JSR)
                                          09 Civ. 2900 (JSR)
PF SALECO, LLC, et. al.,        09 Civ. 2902 (JSR)
                                          09 Civ. 2903 (JSR)
                     Defendants.        09 Civ. 2921 (JSR)
-----------------------------------------------------------------------X   09 Civ. 2927 (JSR)


**MEMORANDUM OF DEFENDANTS FREDERICK W. GLUCK,
FREDERICK W. GLUCK, JR., DANIEL LEHMANN, GREG PAPPAJOHN AND SUSAN
GLUCK, GREG PAPPAJOHN, LISA GLUCK AND PROFIT-SHARING PLAN FOR
THE BENEFIT OF SUZANNE LEHMANN**

Defendants Frederick W. Gluck, Frederick W. Gluck, Jr., Daniel Lehmann, Greg

Pappajohn and Susan Gluck, Greg Pappajohn, Lisa Gluck and Profit-Sharing Plan for the Benefit

of Suzanne Lehmann adopt and join in the Limited Objection to the August 26, 2010 Report and

Recommendation of the Special Master on the Motion to Dismiss the Amended Complaint

submitted by Wilmer Cutler Pickering Hale and Dorr LLP on behalf of Defendants Credit Suisee

First Boston Next Fund, Inc., Lab Morgan Corporation and ML IBK Positions, Inc.

In the interests of efficiency and economy, we respectfully refer the Court to those papers

and the arguments set forth therein.

Dated:  New York, New York
        September 7, 2010

                                        HARTMAN & CRAVEN LLP


                                        By:/s/Donald L. Rosenthal
                                            Donald L. Rosenthal (DR7022)
                                        488 Madison Avenue
                                        New York, New York 10022
                                        (212) 753-7500

                                        *Counsel for Defendants Frederick W. Gluck,
                                        Frederick W. Gluck, Jr., Daniel Lehmann,
                                        Greg Pappajohn and Susan Gluck, Greg
                                        Pappajohn, Lisa Gluck and Profit-Sharing
                                        Plan For The Benefit of Suzanne Lehmann*