IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 (JSR) <br><br> ECF FILED |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC, <br><br> Plaintiff, <br><br> v. <br> PF SALECO LLC, ET AL, <br><br> Defendants. | Master Index No. 09 Civ. 2866 (JSR) <br><br> No. 09 Civ. 2923 (JSR) <br> No. 09 Civ. 2911 (JSR) |

**LIMITED OBJECTION OF JAMES MURRAY AND MURRAY CAPITAL, INC. TO THE REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON THE MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants James Murray and Murray Capital, Inc. hereby make a limited objection to the August 26, 2010 Report and Recommendation of the Special Master on the Motion to Dismiss the Amended Complaint (the "Second R&R") in *Miller v. PF Saleco LLC, et al,*, No. 09 Civ. 2866 (the "*Miller* Actions"). Defendants incorporate by reference the limited objection filed by Credit Suisse Credit Suisse First Boston Next Fund, Inc., Lab Morgan Corporation, and Ml Ibk Positions, Inc. in cases No. 09 Civ. 2885 (JSR), No. 09 Civ. 2920 (JSR) and No. 09 Civ. 2922 (JSR).

Dated: September 2, 2010

                                                YESKOO HOGAN & TAMLYN, LLP
                                                Attorneys for Defendants
                                                909 Third Avenue, 28th Floor
                                                New York, New York 10023
                                                212-983-0900

                                                By:    s/_____
                                                         Richard C. Yeskoo (RY7329)