UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re REFCO, INC. SECURITIES : 07 MDL No. 1902 (JSR)
LITIGATION :
: ECF FILED
:
:
--------------------------------------------------------X
GEORGE L. MILLER, Chapter 7 Trustee :
For the Estate of Suffolk LLC, :
:
                Plaintiff, :
: Index No. 09 Civ. 2866 (JSR)
                v. :
:
JOSHUA MAILMAN, : JOINDER IN LIMITED OBJECTION TO
: REPORT AND RECOMMENDATION OF
                Defendant. : SPECIAL MASTER
--------------------------------------------------------X

        Defendant Joshua Mailman ("Mailman") hereby joins in the Limited Objection filed by defendants Credit Suisse First Boston Next Fund, Inc., Lab Morgan Corporation, and ML IBK Positions, Inc. ("the Bank Defendants") to the Report and Recommendation of the Special Master concerning the motion to dismiss the Amended Complaint in this action.

Dated: New York, New York
       September 7, 2010

                                            VANDENBERG & FELIU, LLP

                                            By: _____
                                                Raymond L. Vandenberg (RV-3661)
                                                Jeffrey E. Gross (JG 5200)
                                           60 East 42nd Street, 51st Floor
                                           New York, NY 10165
                                           (212) 763-6800

                                           Attorneys for Defendant Joshua Mailman