IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MLD No. 1902 (JSR) |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PF SALECO LLC, ET AL.,<br><br>Defendants. | Index No. 09 Civ. 2866 (JSR) |

**JOINDER IN LIMITED OBJECTION TO REPORT AND RECOMMENDATION OF SPECIAL MASTER**

Defendant Charles B. Hintz ("Hintz") hereby joins in the Limited Objection filed by defendants Credit Suisse First Boston Next Fund, Inc. Lab Morgan Corporation, and ML IBK Positions, Inc. (the "Bank Defendants") to the August 26, 2010 Report and Recommendation of the Special Master concerning the motion to dismiss the Amended Complaint. Hintz adopts and incorporates the Limited Objection in its entirety.

Dated: September 7, 2010         SCHULTE ROTH & ZABEL LLP

                                 By:___/s/ Meghan M. Breen_____
                                     Meghan M. Breen, Esq.
                                     Schulte Roth & Zabel LLP
                                     919 Third Avenue
                                     New York, New York  10022
                                     Telephone:  (212) 756-2000
                                     Facsimile:  (212) 593-5955
                                     E-mail:  meghan.breen@srz.com

                                         -and-

Howard Schiffman, Esq.
1152 Fifteenth Street, NW, Suite 850
Washington, District of Columbia 20005
Telephone:  (202) 792-7461
Facsimile:  (202) 730-4520
E-mail:  howard.schiffman@srz.com

*Attorneys for Charles B. Hintz*