IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902<br><br>(JSR) ECF FILED |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC,<br><br>Plaintiff,<br><br>v.<br><br>PF SALECO LLC, ET AL<br><br>Defendants. | Index No. 09 Civ. 2866 (JSR)<br><br>**JOINDER IN LIMITED OBJECTION TO REPORT AND RECOMMENDATION OF SPECIAL MASTER** |

Defendants Jeffrey and Jill Weiss ("Weiss") hereby join in the Limited Objection filed by defendants Credit Swisse First Boston Fund, Inc., Lab Morgan Corporation and ML IBK Positions, Inc., (the "Bank Defendants") to the August 26, 2010 Report and Recommendation of the Special Master on the Motion to Dismiss the Amended Complaint (the "Second R & R") in this action.

Dated:  New York, New York
        September 8, 2010

Respectfully submitted,

KANE KESSLER, P.C.

By: /s/ Robert Kolodney__
    Robert Kolodney (RK2605)
    1350 Avenue of the Americas
    New York, New York 10019
    Tel: (212) 541-6222
    *Attorneys for Defendants
    Jeffrey and Jill Weiss*

#331909.1