IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 (JSR)<br><br>ECF FILED<br><br>ORAL ARGUMENT REQUESTED |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PF SALECO LLC, et al.,<br><br>　　　　Defendants. | Index No. 09 Civ. 2866 (JSR) [CONSOLIDATED]<br><br>[originally filed as Index No. 09 Civ. 2954 (JSR)] |

**JOINDER IN RESPONSE BY GREENVIEW INVESTMENTS INC.**

Defendant Greenview Investments Inc. ("Greenview") hereby joins in the response filed this day by defendants Credit Suisse First Boston Next Fund, Inc., Lab Morgan Corporation, and ML IBK Positions, Inc. (the "Bank Defendants") to Plaintiff's objections to the report and recommendation of Special Master Daniel J. Capra filed on August 26, 2010 on the motion to dismiss the Amended Complaint in the above captioned actions (the "Response"). Greenview herein fully adopts and incorporates the Response in its entirety.

For the reasons stated in the Response, this Court should dismiss the Trustee's Amended Complaint and with prejudice on all grounds.

Dated: New York, New York
September 17, 2010

>MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.
>
>By: _____S/_____
>Lawrence Iason
>Stephen M. Juris
>David C. Austin
>
>565 Fifth Avenue
>New York, New York 10017
>(212) 856-9600 (telephone)
>(212) 856-9494 (facsimile)
>
>*Attorneys for Defendant*
>*Greenview Investments Inc.*

ND: 4836-8036-3271, v. 1