UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 (JSR) |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC,<br><br>                              Plaintiff,<br><br>           -against-<br><br>PF SALECO LLC, ET AL,<br><br>                              Defendants. | 09-cv-2866 (JSR)<br><br>09-cv-2931 (JSR)<br><br>**NOTICE OF APPEARANCE**<br><br>ECF FILED |

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-entitled action as counsel for defendant Robert Suan and requests that copies of all papers in this action be served upon the undersigned at the address stated below.

 Dated: New York, New York                    By: s/ Alon Markowitz
           September 22, 2010                       Alon Markowitz - AM 0111
                                                    MARKOWITZ & CHATTORAJ LLP
                                                    10 E 40th Street
                                                    33rd Floor
                                                    New York, New York 10016
                                                    (212) 481-1220
                                                    Email: amarkowitz@mclawllp.com

                                                    *Attorneys for Defendant*
                                                    *Robert Suan*