IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07-MDL No. 1902 (JSR) |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC, Plaintiff, v. PF SALECO LLC ET AL[1] Defendants., | Index Nos.: 09-cv-02866-JSR  MOTION TO ADMIT COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Rick A. Steinberg a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

ALBERT A. CIARDI, III
Ciardi Ciardi & Astin
One Commerce Square
2005 Market Street, Suite 1930
Philadelphia, PA 19103
(215) 557-3550
(215) 557-3551

Albert A. Ciardi, III is a member in good standing of the Bar of the States of Pennsylvania, New Jersey and Florida.

There are no pending disciplinary proceedings against Albert A. Ciardi, III in any State or Federal court.

Dated: October 19, 2010
New York, NY

Respectfully submitted,

Rick A. Steinberg (ID No. RS-7396)
100 Church Street, 8th Floor
New York, NY 10007
(646) 485.0605

---

[1] Cases 09-cv-02866 through 09-cv-02958 as consolidated under case number 09-cv-02866 by Court order.



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

### Albert Anthony Ciardi III, Esq.

#### DATE OF ADMISSION

#### December 12, 1991

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 20, 2010

Patricia A. Johnson
Chief Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | : | 07-MDL No. 1902 (JSR) |
| | : | |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC, | : | |
| Plaintiff, | : | |
| v. | : | |
| PF SALECO LLC ET AL[1] | : | Index Nos.: 09-cv-02866-JSR |
| Defendants., | : | AFFIDAVIT OF RICK A. STEINBERG IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

State of New York  )
                   )  ss:
County of New York )

I, Rick A. Steinberg, being duly sworn, hereby depose and say as follows:

1. I am an attorney at Ciardi Ciardi & Astin, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Albert A. Ciardi, III as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in December 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Albert A. Ciardi, III since August 1, 2010.

4. Mr. Ciardi is Partner at Ciardi Ciardi & Astin, in Philadelphia, Pennsylvania.

5. I have found Mr. Ciardi to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

---

[1] Cases 09-cv-02866 through 09-cv-02958 as consolidated under case number 09-cv-02866 by Court order.

6. Accordingly, I am pleased to move the admission of Albert A. Ciardi, III, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Albert A. Ciardi, III, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Albert A. Ciardi, III, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: October 19, 2010

Philadelphia, PA

**CIARDI CIARDI & ASTIN**

_____
Rick A. Steinberg (ID No. RS-7396)
100 Church Street, 8th Floor
New York, NY 10007
(646) 485.0605

*Counsel for George L. Miller, Chapter 7 Trustee for Suffolk, LLC*

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 19 DAY
OF ____Oct____, 2010

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOANN R. TANA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 21, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07-MDL No. 1902 (JSR) |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC, Plaintiff, v. PF SALECO LLC ET AL[1] Defendants. | Index Nos.: 09-cv-02866-JSR ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE |

Upon the motion of Rick A. Steinberg attorney for George L. Miller, chapter 7 trustee for the Estate of Suffolk LLC ("Trustee"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Albert A. Ciardi, III
    Ciardi Ciardi & Astin
    One Commerce Square
    2005 Market Street, Suite 1930
    Philadelphia, PA  19103
    (215) 557-3550/(215) 557-3551
    aciardi@ciardilaw.com

is admitted to practice pro hac vice as counsel for the Trustee in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

City, State:

                                        United States District Judge

---

[1] Cases 09-cv-02866 through 09-cv-02958 as consolidated under case number 09-cv-02866 by Court order.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07-MDL No. 1902 (JSR) |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC,<br><br>Plaintiff,<br><br>v.<br><br>PF SALECO LLC ET AL[1]<br><br>Defendants. | Index Nos.:<br>09-cv-02866-JSR<br><br>CERTIFICATE OF SERVICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

## CERTIFICATE OF SERVICE

I, Rick A. Steinberg, Esquire, pursuant to 28 U.S.C. Sec. 1746, hereby certify that I am counsel for the Plaintiff. On October 19, 2010, I caused a true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice to be served via U.S. first class mail, postage prepaid upon the parties listed on the attached list.

Dated: October 19, 2010

Rick A. Steinberg (ID No. RS-7396)
100 Church Street, 8th Floor
New York, NY 10007
(646) 485.0605

---

[1] Cases 09-cv-02866 through 09-cv-02958 as consolidated under case number 09-cv-02866 by Court order.

| | | |
|---|---|---|
| Adam N. Lyle<br>248 Homer Avenue<br>Palo Alto, CA 94301 | Allene Chung<br>71 Murray Street, Unit 5<br>New York, NY 10007 | Allene Chung<br>Alon M. Markowitz, Esq.<br>Markowitz & Chattoraj, LLP<br>271 Madison Avenue<br>New York, NY 10016 |
| Andre Perold<br>56 Barnstable Road<br>W. Newton, MA 02465 | Andre Perold<br>Alon M. Markowitz, Esq.<br>Markowitz & Chattoraj, LLP<br>271 Madison Avenue<br>New York, NY 10016 | Andrew B. Douglass<br>5 Harrison Street, Apt. #5<br>New York, NY 10013 |
| Andrew Malloy<br>513 Half Moon Bay Drive<br>Croton-on-Hudson, NY 10520 | Bradd Kata<br>c/o Edward J. Kata<br>75 Belvedere Drive<br>Syosset, NY 11791 | Bradd Kata<br>Kenneth Pasquale, Esquire<br>Stroock Stroock Lavan LLP<br>180 Maidan Lane<br>New York, NY 10038 212.846.5400 |
| Bradd Kata<br>Maureen Patricia Reid, Esq.<br>Baker Botts L.L.P(NYC)<br>30 Rockefeller Plaza<br>New York, NY 10112 | Brera Capital Partners, LLC<br>c/o Alberto Cribiore<br>590 Madison Avenue 41st Floor<br>New York, NY 10022 | Brera Capital Partners, LLC<br>Scott D. Musoff, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square 42nd floor<br>New York, NY 10036 |
| Calpurnia Capital Partners, LLC<br>551 Madison Ave<br>New York, NY 10022-3212 | Calpurnia Capital Partners, LLC<br>Daniel J. Aaron Esquire<br>437 Madison Avenue 4th Fl.<br>New York, NY 10022 | Capgemini U.S., LLC<br>400 Broadacres Drive<br>4th Floor<br>Bllomfield, NJ 07003 |
| Capgemini U.S., LLC<br>Gerald D. Silver, Esq.<br>Chadbourne & Parke LLP (NY)<br>30 Rockefeller Plaza<br>New York, NY 10112 | Carole Scheidt Nystrom, TTE<br>8150 Deerbrook Ct.<br>Reno, NV 89523-4848 | Charles B. Hintz<br>200 Lee's Hill Road<br>Basking Ridge, NJ 07920 |
| Charles B. Hintz<br>Meghan Mary Breen, Esq.<br>Schulte Roth & Zabel LLP (NY)<br>919 Third Avenue<br>New York, NY 10022 | Christian Faber<br>Gerard S. Catalanello, Esq.<br>Duane Morris, LLP (NYC)<br>1540 Broadway<br>New York, NY 10036-4086 | Christopher Rose<br>1500 Broadway<br>11th Floor<br>New York, NY 10036 |
| Christopher Suan<br>Alon M. Markowitz, Esq.<br>Markowitz & Chattoraj, LLP<br>271 Madison Avenue<br>New York, NY 10016 | Christopher Welch<br>231 Berkley Place<br>3rd Floor<br>Brooklyn, NY 11217 | Christopher Welch<br>Alon M. Markowitz, Esq.<br>Markowitz & Chattoraj, LLP<br>271 Madison Avenue<br>New York, NY 10016 |
| Connie Hsu<br>111 E. 80th or 88th Street<br>Apt. 3D<br>New York, NY 10128 | CSFB<br>c/o Reorg. Dept.<br>2nd Floor<br>One Madison Ave.<br>New York, NY 10010-3629 | CSFB<br>Philip David Anker, Esq.<br>Wilmer, Cutler, Hale & Dorr<br>399 Park Avenue<br>New York, NY 10022 |
| Daniel Lehmann<br>Donald Lee Rosenthal, Esq.<br>Hartman & Carven, LLP<br>488 Madison Avenue<br>New York, NY 10022 | David A. Donnini<br>Michael John Goettig, Esq.<br>Vedder Price P.C. (NY)<br>1633 Broadway 47th Floor<br>New York, NY 10019 | David A. Donnini<br>Thomas P. Cimino, Jr., Esq.<br>Vedder, Price P.C.<br>222 North LaSalle Street Suite 2600<br>Chicago, IL 60601 |

| | | |
|---|---|---|
| David Cody<br>163 East 81st Street<br>Apt. 7C<br>New York, NY 10028 | David Salle<br>81 Hanson Place<br>Brooklyn, NY 11217 | David Salle<br>John B. Koegel, Esq.<br>The Koegel Group LLP<br>161 Avenue of the Americas<br>New York, NY 10013 |
| Diego Winegardner<br>Gerard S. Catalanello, Esq.<br>Duane Morris, LLP (NYC)<br>1540 Broadway<br>New York, NY 10036-4086 | Don Murphy<br>24 Quincy Street<br>Merrick, NY 11566 | Donald J. Edwards<br>Flexpoint Partners, LLC<br>676 North Michigan Ave<br>Suite 3300<br>Chicago, IL 60611 |
| Donald J. Edwards<br>Michael John Goettig, Esq.<br>Vedder Price P.C. (NY)<br>1633 Broadway 47th Floor<br>New York, NY 10019 | Donald J. Edwards<br>Thomas P. Cimino, Jr., Esq.<br>Vedder, Price P.C.<br>222 North LaSalle Street Suite 2600<br>Chicago, IL 60601 | Edgar D. Jannotta, Jr<br>720 Ardsley Rd.<br>Winnetka, IL 60093 |
| Edgar D. Jannotta, Jr.<br>Michael John Goettig, Esq.<br>Vedder Price P.C. (NY)<br>1633 Broadway 47th Floor<br>New York, NY 10019 | Edgar D. Jannotta, Jr.<br>William Warren Thorsness, Esq.<br>Vedder, Price, P.C. (Chicago)<br>222 North Lasalle Street Suite 2600<br>Chicago, IL 60601 | Edward J. Kata<br>Eastport Partners<br>841 Broadway, Suite 504<br>New York, NY 10003 |
| Edward J. Kata<br>Maureen Patricia Reid, Esq.<br>Baker Botts L.L.P(NYC)<br>30 Rockefeller Plaza<br>New York, NY 10112 | Edward J. Kata and Lorraine Kata<br>75 Belvedere Dr.<br>Syosset, NY 11791 | Edward J. Kata and Lorraine Kata<br>Eastport Partners<br>841 Broadway, Suite 504<br>New York, NY 10003 |
| Edward J. Kata and Lorraine Kata<br>Maureen Patricia Reid, Esq.<br>Baker Botts L.L.P(NYC)<br>30 Rockefeller Plaza<br>New York, NY 10112 | Frederick W. Gluck<br>Donald Lee Rosenthal, Esq.<br>Hartman & Carven, LLP<br>488 Madison Avenue<br>New York, NY 10022 | Frederick W. Gluck, Jr.<br>Donald Lee Rosenthal, Esq.<br>Hartman & Carven, LLP<br>488 Madison Avenue<br>New York, NY 10022 |
| Glenn Kata<br>c/o Edward J. Kata<br>75 Belvedere Drive<br>Syosset, NY 11791 | Glenn Kata<br>Maureen Patricia Reid, Esq.<br>Baker Botts L.L.P(NYC)<br>30 Rockefeller Plaza<br>New York, NY 10112 | Greg Pappajohn<br>336 West End Avenue<br>Apt 12 C<br>New York, NY 10023 |
| Greg Pappajohn<br>Donald Lee Rosenthal, Esq.<br>Hartman & Carven, LLP<br>488 Madison Avenue<br>New York, NY 10022 | Greg Pappajohn and Susan Gluck<br>336 West End Avenue<br>Apt 12 C<br>New York, NY 10023 | Greg Pappajohn and Susan Gluck<br>Donald Lee Rosenthal, Esq.<br>Hartman & Carven, LLP<br>488 Madison Avenue<br>New York, NY 10022 |
| Gregg Kata<br>c/o Edward J. Kata<br>75 Belvedere Drive<br>Syosset, NY 11791 | Gregg Kata<br>Maureen Patricia Reid, Esq.<br>Baker Botts L.L.P(NYC)<br>30 Rockefeller Plaza<br>New York, NY 10112 | Harry David Precheur<br>9102-101 Cascada Way<br>Naples, FL 34114 |
| Harry Shaw<br>3729 Ashley Way<br>Owings Mills, MD 2117 | Harry Shaw<br>c/o Ken Shaw<br>1 Richmond Street<br>Apt. 3068<br>New Brunswick, NJ 08901 | Hugh Allen<br>21 Herdire Lane<br>Riverside, CT 06878 |

Ilo Liu
1999 Broadway
Apt 52
San Francisco, CA 94109

Innovation Investments, LLC
Erick C. Howard, Esq.
Shartsis Friese LLP
One Maritime Plaza  18th Floor
San Francisco, CA 94111

James Lynch
203 Corlies Ave.
Pelham, NY 10803

Jayme Colter
605 Crescent Executive Court
Suite 416
Lake Mary, FL 32746

Jennifer Knight
598 W. Palm Valley Dr.
Oviedo, Fl 32765

Joel Press
1111 Park Avenue
Apartment 14A
New York, NY 10128

John E. Koretz, Trustee
Alison Greenberg, Esq.
Law Offices of Alison Greenberg
14 Penn Plaza  Suite 2116
New York, NY  10122

Kingdon Associates et al.
M. William Munno, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Lab Morgan Corporation
1221 Avenue of the Americas
40th Floor
New York, 10020

Lisa Gluck
Donald Lee Rosenthal, Esq.
Hartman & Carven, LLP
488 Madison Avenue
New York, NY 10022

Innovation Investments, LLC
Agent for Service
Ali Ghiassi
525 University Ave., #1100
Palo Alto, CA  94301

Innovation Investments, LLC
P.O. Box 1023
Ross, CA 94957-1023

James Murray, III
Richard Charles Yeskoo, Esq.
Yeskoo, Hogan & Tamlyn LLP
909 Third Avenue  28th Floor
New York, NY 10022

Jeffrey & Jill Weiss
36 Husted Lane
Greenwich, CT 06830

Jennifer Knight
605 Crescent Executive Court
Suite 416
Lake Mary, FL 32746

Joel Press
Maureen Patricia Reid, Esq.
Baker Botts L.L.P(NYC)
30 Rockefeller Plaza
New York, NY 10112

Joshua Mailman
1 West 67th Street
New York, 10023

Kingdon Associates, Kingdon Partners,
M. Kingdon Offshore NV, Kingdon
Family Partnership
152 West 57th Street
New York, 10019

Lab Morgan Corporation
Philip D. Anker, Esquire
WilmerHale
399 Park Avenue
New York, NY 10022

Michael Staisil
520 Madison Ave.
38th Floor
New York, NY 10023

Innovation Investments, LLC
David Clair Kistler, Jr., Eq.
Blank Rome, LLP(NJ)
301 Carnegie Center  3rd Floor
Princeton, NJ 08540

Innovation Investments, LLC
Principal Exec. Office
1 Front Street
28th floor
San Francisco, CA  94111

Jayme Colter
388 Makekean Tr.
Sanford, FL 32771

Jeffrey & Jill Weiss
Robert Kolodny, Esquire
Kane Kessler, PC
1350 Avenue of the Americas
New York, NY 10019-4896

Jennifer Knight
Peter R. Ginsberg, Esquire
590 Madison Avenue  20th Fl.
New York, NY 10022

John E. Koretz, Trustee
6241 N. Canon del Pajaro
Tuscon, AZ 85750

Joshua Mailman
Jeffrey Eric Gross, Esq.
Vandenberg & Feliu, LLP
60 East 42nd Street  51st Floor
New York, NY 10165

Koch Ventures, Inc.
4111 E. 37th St. N.
Witchita, KS 67220

Lisa Gluck
1527 30th Street
Apt. 811
Washington, DC 20007

Milestone Venture Partners
551 Madison Avenue
7th Floor
New York, NY 10022

| | | |
|---|---|---|
| Milestone Venture Partners<br>Daniel Joel Aaron, Esq.<br>Daniel J. Aaron, P.C.<br>437 Madison Avenue  4th Floor<br>New York, NY 10022 | ML IBK Positions, Inc.<br>Merrill Lynch World Headquarters<br>4 World Financial Center<br>12th Floor<br>New York, NY 10080 | ML IBK Positions, Inc.<br>Philip D. Anker, Esquire<br>WilmerHale<br>399 Park Avenue<br>New York, NY 10022 |
| Murray Capital<br>1775 York Avenue<br>Suite 25 B<br>New York, NY 10128 | Murray Capital<br>200 Liberty Street<br>23rd Floor<br>New York, NY 10281 | Murray Capital<br>Richard Charles Yeskoo, Esq.<br>Yeskoo, Hogan & Tamlyn LLP<br>909 Third Avenue  28th Floor<br>New York, NY 10022 |
| ODS Holdings, Ltd.<br>c/o Chrisopher Suan<br>136 E. 64 Street, Apt. 6E<br>New York, NY 10021 | Peachtree Equity Partners, LP<br>As attorney In Fact for Wachovia<br>Capital Investments, Inc.<br>1170 Peachtree Street Suite 1610<br>Atlanta, GA 30309 | PF SALECO LLC, et al<br>Steven J Cohen, Esq.<br>Wachtel & Masyr, LLP<br>885 Second Avenue<br>New York, NY 10017 |
| Philip A. Canfield<br>2215 N. Fremont Street<br>Chicago, IL 60614 | Philip A. Canfield<br>c/o GTCR<br>6108 Sears Tower<br>Chicago, IL 60606 | Philip A. Canfield<br>Laura Beth Kadetsky, Esq.<br>Kirkland & Ellis LLP (NYC)<br>601 Lexington Avenue<br>New York, NY 10022 |
| Philip A. Canfield<br>Michael John Goettig, Esq.<br>Vedder Price P.C. (NY)<br>1633 Broadway  47th Floor<br>New York, NY 10019 | Philip A. Canfield<br>Thomas P. Cimino, Jr., Esq.<br>Vedder, Price P.C.<br>222 North LaSalle Street  Suite 2600<br>Chicago, IL 60601 | Profit-Sharing Plan FBO Suzanne Lehmann<br>101 Central Park West<br>New York, New York 10023 |
| Profit-Sharing Plan FBO S.  Lehmann<br>Donald Lee Rosenthal, Esq.<br>Hartman & Carven, LLP<br>488 Madison Avenue<br>New York, NY 10022 | Randall Yanker TTEE<br>c/o Acternative Asset Managers, L.P.<br>140 East 45th Street<br>16th Floor<br>New York, NY 10017 | Randall Yanker TTEE<br>Maureen Patricia Reid, Esq.<br>Baker Botts L.L.P(NYC)<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Randy Yanker<br>c/o Acternative Asset Managers, L.P.<br>140 East 45th Street<br>16th Floor<br>New York, NY 10017 | Randy Yanker<br>Maureen Patricia Reid, Esq.<br>Baker Botts L.L.P(NYC)<br>30 Rockefeller Plaza<br>New York, NY 10112 | Robert Hill<br>Alon M. Markowitz, Esq.<br>Markowitz & Chattoraj, LLP<br>271 Madison Avenue<br>New York, NY 10016 |
| Robert Hill<br>1219 Sunnyhills Rd.<br>Oakland, CA 94610 | Robert Suan<br>129 Evandale Raod<br>Scarsdale, NY 10583 | Rodney Yanker<br>11500 Redwood Way<br>Louisville, KY 40223 |
| Ronald W. Farmer<br>2665 Hazy Hollow Run<br>Roswell, GA 30076 | Ronald W. Farmer<br>Alon M. Markowitz, Esq.<br>Markowitz & Chattoraj, LLP<br>271 Madison Avenue<br>New York, NY 10016 | Scott Kata<br>1 Hope Court<br>Huntington, NY 11743 |
| Scott Kata<br>Maureen Patricia Reid, Esq.<br>Baker Botts L.L.P(NYC)<br>30 Rockefeller Plaza<br>New York, NY 10112 | Stephen Freidheim<br>c/o CitiGroup Global Markets<br>333 West 34th Street<br>New York, NY 10001-2402 | Steve Shulman<br>#1 Liberty Lane<br>Hampton, N.H. 03842 |

| | | |
|---|---|---|
| Steve Shulman<br>Gerard S. Catalanello, Esq.<br>Duane Morris, LLP (NYC)<br>1540 Broadway<br>New York, NY 10036-4086 | Steve Shulman<br>P.O. Box 52<br>Rye Beach, N.H. 03871 | Susan Haery Staisil<br>c/o Michael Staisil<br>520 Madison Avenue 38th Floor<br>New York, NY 10023 |
| Susan Haery Staisil<br>P.O. Box 20277<br>New York, NY 10023 | Taran J. Davies<br>c/o Alera Model and John Levin POA<br>One Rockefeller Plaza<br>25th Floor<br>New York, NY 10020 | The Suan Family Irr. Children's Trust<br>Alon M. Markowitz, Esq.<br>Markowitz & Chattoraj, LLP<br>271 Madison Avenue<br>New York, NY 10016 |
| The Suan Family Irr. Children's Trust<br>c/o Michael Teih, Trustee<br>3059 Grand Ave., #340<br>Coconut Grove, FL 33133 | Todd Kata<br>c/o Edward J. Kata<br>75 Belvedere Drive<br>Syosset, NY 17911 | Todd Kata<br>Maureen Patricia Reid, Esq.<br>Baker Botts L.L.P(NYC)<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Trust UAD 12/29/86 FBO Taran J. Davis<br>1 Rockefeller Plaza<br>25th Floor<br>New York, 10020 | Ulf Hjelm<br>65 East Lincoln Avenue<br>Alantic Highlands, NJ 07716 | Ulf Hjelm<br>Robert M. Marshall, Esq.<br>Marshall & Quentzel, L.L.C<br>1 Boxwood Drive<br>Great Neck, NY 11021 |
| Vincent J. Hemmer<br>Michael John Goettig, Esq.<br>Vedder Price P.C. (NY)<br>1633 Broadway  47th Floor<br>New York, NY 10019 | Vincent J. Hemmer<br>Thomas P. Cimino, Jr., Esq.<br>Vedder, Price P.C.<br>222 North LaSalle Street  Suite 2600<br>Chicago, IL 60601 | Vincent J. Hermmer<br>1105 Astor Place<br>Glencoe, IL 60022 |
| Walter Noel, Jr.<br>175 Round hill Rd.<br>Greenwich, CT 06831 | Walter Noel, Jr.<br>Carol J. Faherty, Esq.<br>Ivey, Barnum & O'mara, LLC<br>170 Mason Street<br>Greenwich, CT 06830 | Walter Noel, Jr.<br>P.O. Box 1555<br>Greenwich, CT 06836 |
| William Kessinger<br>16 Geary Avenue<br>Kentfield, CA 94904 | William Kessinger<br>Michael John Goettig, Esq.<br>Vedder Price P.C. (NY)<br>1633 Broadway  47th Floor<br>New York, NY 10019 | William Kessinger<br>Thomas P. Cimino, Jr., Esq.<br>Vedder, Price P.C.<br>222 North LaSalle Street  Suite 2600<br>Chicago, IL 60601 |
| Charles B. Hintz<br>Howard Schiffman, Esquire<br>Dickstein Shapiro LLP<br>1825 Eye Stree, N.W.<br>Washington , DC 20006-5403 | Harry Shaw<br>Lawrence T. Burrick, Esquire<br>2000 Courthouse Plaza NE<br>10 West 2nd Street<br>Dayton OR 45402 | Philip Canfield<br>Laura Beth Kadetsky, Esquire<br>Kirkland & Ellis, LLP<br>601 Lexington Avenue<br>New York, NY 10022 |

Warne Worldwide
Wickharis Cay I
P.O. Box 362
Road Town
Tortola
British Virgin Islands

Cameron Highlands
c/o Florian Bartuneke
P.O. Box N-4875
Fort Nassau Center, Malbourough Street
Nassau, Bahamas

Cameron Highlands
Dia Olimpiadas
100 Conyanto 52
Vila Olimpia Ap 04551-000
San Paulo, Brazil

Capital Structure Arbitrage Funding, Ltd.
c/o Patrina Khoo Farquharson
Trehl Plaza, Suite 4
Harold Rd. West, P.O. Box CB 11267
Nassau, Bahamas

Christopher Sugrue
Av. Amilar Cabral No I10-2
Ed. Sonangol Distribuidona
Luanda, Angola

David Brown
12 Church Street
Suite 224
Hamilton, Bermuda HM11

David Brown
15 Tucker Toen Road
St. Georges
HSo2
Bermuda

Excolator
2 Mahrioud
El Ashri St.
Heliopolis
Cairo, Egypt

GAD Corp
P.O. Box 1044GT
5th Floor Bermuda House
Dr. Roys Dr.
George Town, Grand Cayman
Cayman Islands

Greenview Investments, Inc.
c/o Camerin Chart
Accopolis 73 Brook Street
London, England W14HX
United Kingdom

Greenview Investments, Inc.
Omar Hodge Building
Ulckham's Cay
Road Town, Tortola
British Virgin Islands

Hatem El Naser
2 Mehmond El Ashry Street
Heliopolis
Cairo, Egypt

Kenneth Shen
101 Repulse Bay Road
Flat A-32
Hong Kong

Nicholas J. Williams
Crosby House
Hillwood Grove
Hutton Mount, Shenfield
Essex, England CM 13 2PF

ODS Holdings, Ltd.
Or 33/F Harbour Centre
25 Harbour Road
Wauchai, Hong Kong

Seneca, Inc.
4th Floor
Bahamas Finacial Centre
Shirley & Charlotte Streets
5095 Nassau, Bahamas

Summerland Ltd.
4th Floor
Bahamas Financial Centre
Shirley & Charlotte Streets
5095 Nassau, Bahamas

Terence Williams
Mount Avenue
Hembury, Shenfield
Essex, England CM 132 PB