IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | : | 07-MDL No. 1902 (JSR) |
| | : | |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC, | : | |
| Plaintiff, | : | |
| v. | : | Index Nos.: |
| PF SALECO LLC ET AL[1] | : | 09-cv-02866-JSR |
| Defendants. | : | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/10

Upon the motion of Rick A. Steinberg attorney for George L. Miller, chapter 7 trustee for the Estate of Suffolk LLC ("Trustee"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Albert A. Ciardi, III
>Ciardi Ciardi & Astin
>One Commerce Square
>2005 Market Street, Suite 1930
>Philadelphia, PA  19103
>(215) 557-3550/(215) 557-3551
>aciardi@ciardilaw.com

is admitted to practice pro hac vice as counsel for the Trustee in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 10/27/10

City, State: New York, NY

_____
United States District Judge

---

[1] Cases 09-cv-02866 through 09-cv-02958 as consolidated under case number 09-cv-02866 by Court order.