USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

IN RE REFCO SECURITIES LITIGATION          07 MDL 1902 (JSR)

-----------------------------------------------------------

GEORGE L. MILLER, Chapter 7 Trustee for the
Estate of Suffolk, LLC,

                        Plaintiff,          09 CIVIL 2866(JSR))
                                        (Consolidated)

       -against-                                  **JUDGMENT**

PF SALECO, LLC, et al.,

                        Defendants.
-----------------------------------------------------------X

      Whereas, Special Master Daniel J. Capra, having issued two Report and Recommendations (the "report's") recommending, the dismissal of counts I, III, IV, II and V with prejudice, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on December 13, 2010, having rendered its Order adopting in full the recommendation of the Special Master and dismissing the amended complaint in its entirety, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 13, 2010, the Court adopts in full the recommendation of the Special Master and the Amended complaint is dismissed. In its entirety

**Dated:** New York, New York
          December 15, 2010

                                                                RUBY J. KRAJICK

                                                              **Clerk of Court**
                                         BY:
                                                               **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** 12/15/10